THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID TORRES,

Defendant.

: 3:20-CR-00181
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 8th DAY OF NOVEMBER 2021, for the reasons set forth in the separately filed Memorandum Opinion **IT IS HEREBY ORDERED THAT** Defendant David Torres' Motion to Suppress Evidence (Doc. 60) is **DENIED**.

Robert D. Mariani
United States District Judge